FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the United States District Court for the Western District of North Carolina

FILED
CHARLOTTE, NC
FEB 7 2011
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

Michael Lee Green

3:11-cv-69

(Enter above full name of plaintiff—only one plaintiff)
permitted per complaint)

v.

North Carolina State Bureau of Investigation Crime Lab Raleigh
Robin Pendergraft
Jennifer Lindley
Lilesville Police Dept.
Ofc. Kevin R Mullis

(Enter above full name of defendant or defendants)

I. Previous law suits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to previous lawsuit:
         Plaintiffs: N/A

         Defendants: N/A

      2. Court (if federal court, name the district; if state court, name the county): N/A

      3. Docket number:
      4. Name of judge assigned to case:
      5. Disposition (for example, was the case dismissed? appealed? is it still pending?)
         N/A
      6. Approximate date of filing lawsuit: N/A

II. Previous *in forma pauperis* lawsuits

   A. While incarcerated or detained in any facility, have you filed a lawsuit in any federal court in which you were allowed to proceed *in forma pauperis* (without prepayment of fees)?
      ( ) Yes   (✓) No
      1. Name the court and docket number for each: N/A

B.  Were any of these cases dismissed under 28 U.S.C. § 1915(d) on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted? Yes ( )  No ( )
   1. If yes, how many? _____
   2. Name the court and docket number for each: N/A

III. Exhaustion of Inmate Administrative Remedies

   A. Did you present the facts of each claim relating to your complaint to the Inmate Grievance Commission or any other available administrative remedy procedure? Yes ( ) No ( )
   B. If your answer is Yes:
      1. When did you file your grievance? N/A
      2. What was your grievance? N/A
      3. Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes ( ) No ( )
         If yes, when was the decision and what was the result? N/A
   C. If your answer to A is no, identify the claim(s) and explain why not: N/A

(*Please Attach Copies of All Filed Grievances)

IV. Parties

   A. Plaintiff(s)

      Name of plaintiff: Michael Lee Green
      Current address (place of confinement): P.O. Box 34429 Charlotte, N.C. / Mecklenburg County Jail
      (You may lose important legal rights unless you immediately notify the court of any address change.)

   B. Defendant(s)  (NOTICE: A person must be identified in this subsection B in order to be considered and served as a defendant.)

      Name of defendant 1: North Carolina State Bureau of Investigation Raleigh
      Position:
      Place of employment:

      Current address:

      Additional defendant(s) (provide name, position, place of employment, and current address for each)
      Defendant 2: Robin Pendergraft Ex-Director of N.C. SBI Lab
      Current address unknown

      Defendant 3: Jennifer J. Lindley Special Agent, Chemist N.C. SBI Lab  Current address unknown

-3-

Defendant 4: Lilesville Police Department; 114 East Wall St. P.o.box 451 Lilesville N.C. Anson County
Defendant 5 Ofc. Kevin R. Mullis police officer Lileville P.D. current address unknown

(Continue on a separate sheet if necessary.)

V. Statement of Claim

State here as briefly as possible the FACTS in your case. Do this by describing how each defendant named in Section III.B. above is personally involved in depriving you of your rights. Include relevant times, dates, and places. YOU MAY, BUT NEED NOT, GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. You may only combine claims involving events that relate to all defendants. Number and set forth each separate claim in a separate paragraph. Unrelated claims involving separate events must be set out in a separate complaint. (Attach extra sheets if necessary.)

North Carolina State Bureau of Investigation Raleigh is the office in which two of the defendants are employed

Robin Pendergraft was the director in charge of the SBI Lab at the time of these alledged acts and had implemented and or allowed a plan for the forensic chemists to do visual inspections is small amount drug cases' instead of chemical analysis as a way to save money for the lab which resulted in my rights being violated.

Jennifer J. Lindley = I was pulled over at a traffic stop in Anson County May, 2007 which resulted in me being arrested for possession of cocaine for some candle wax that was on the floor board of the rental Jeep I was driving. The evidence was subsequently mailed to the N.C. SBI lab for testing. Forensic Chemist Jennifer Lindley was assigned to this particular evidence Mrs. Lindley claimed she performed 5 tests a Microcrystalline test, Infrared test a Gas Chromatograph mass spectrometer, Cobalt test and a Marquis color test but she only produced one test report which she falsified and mislead Anson County D.A. Mr. M. Parker and Western Dist of North Carolina U.S. Attorney Kelli Ferry to believe that the candle wax was indeed cocaine and me being falsly incarcerated. If Forensic Chemist Jennifer Lindley would have performed the test in which she claimed she did she would have discovered it was not cocaine but candle wax. Jennifer Lindley testified against me in
-4-

my Federal drug trial in which she gave false testimony claiming to have done 6 test which led her to believe the candle wax was cocaine but stated that she didn't know if it was crack cocaine or powder cocaine because she had not tested and therefore prejudiced my jury against me. Lilesville Police Dept. employed defendant Officer Kevin R. Mullis. Officer Kevin R. Mullis initiated this injustice by giving a false statement via a sworn affadavit to a Anson County Magistrate claiming that upon my arrest he performed a field test on the candle wax and it tested positive for cocaine, but once he was called to testify by U.S. Atty. Kelli Ferry in my federal trial he changed his statement and said he never performed a field test and when asked why he lied in his sworn affadavit to the Anson County Magistrate he stated "I dont recall."

**VI. Relief**

**STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. YOU NEED NOT MAKE ANY LEGAL ARGUMENTS, OR CITE ANY CASES OR STATUTES.**

I would like for this court to issue an IMMEDIATE Injunction Ordering the evidence tested by Forensic Chemist Jennifer Lindley to be sent to an independent Lab for re-testing in United States V. Michael Lee Green docket # 3:09CR39. Without this injunction my rights will be further violated. My court date is February 9th 2011.
I would like for this court to give me a jury trial on these complaints and or order those defendants to pay me a monetary sum in the excess of Ten thousand dollars.

Signed this 4 day of February, 2011.

Prison No. 185321        Signature Michael R. Green