# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Michael Lee Green,

       Plaintiff,                                JUDGMENT IN A CIVIL CASE

vs.                                                  3:11-cv-69-GCM

NC State Bureau of Investigation Crime Lab, et al.,

       Defendants.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 13, 2011 Order.

                                                        Signed: September 13, 2011

*/s/ Frank G. Johns*

Frank G. Johns, Clerk
United States District Court